**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2232**

FRANCYNE J. COOPER,

    Petitioner,

  v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED
STATES DEPARTMENT OF LABOR; NORTHROP GRUMMAN SHIPBUILDING,
INCORPORATED,

    Respondents.

On Petition for Review of an Order of the Benefits Review Board
(BRB No. 14-0039).

Submitted:  April 28, 2015     Decided:  May 11, 2015

Before GREGORY, DUNCAN, and AGEE, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Francyne J. Cooper, Petitioner Pro Se.  Helen Hart Cox, OFFICE
OF WORKERS' COMPENSATION PROGRAMS, Washington, D.C.; Mark A.
Reinhalter, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C.;
Benjamin M. Mason, MASON, MASON, WALKER & HEDRICK, PC, Newport
News, Virginia, for Respondents.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francyne J. Cooper seeks review of the Benefits Review Board's order affirming the administrative law judge's orders denying her motion to set aside a settlement agreement under the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. §§ 901-950 (2012), and denying reconsideration, and the Board's order denying reconsideration. Our review of the record discloses that the Board's decisions are based upon substantial evidence and are without reversible error. Accordingly, we deny Cooper's motion to proceed in forma pauperis and deny the petition for review for the reasons stated by the Board. Cooper v. Northrup Grumman Shipbuilding, Inc., BRB No. 14-0039 (Aug. 5 & Oct. 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED